**Order filed, November 19, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00807-CV

———————

## THE PETROLEUM WORKERS UNION OF THE REPUBLIC OF MEXICO, Appellant

## V.

## JAMES GOMEZ, AS RECEIVER FOR ARRIBA LIMITED, Appellee

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 1985-35446-AC**

## ORDER

The reporter's record in this case was due **November 12, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Lindsay Arredondo**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM